5:21-cv-549-MHH-HNJ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA



2021 APR 20 A 10:58

**RODERICK GASTON**

Inmate Identification Number: **268262**

(Enter above the full name of the plaintiff in this action)

vs.

**ALA.DOC.CORR OFFICER**
**DUSTIN T. WARD,**

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No (**XX**)

    B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

**N/A**

Plaintiff: _____

_____

Defendant(s): _____

_____

2

2. Court (if Federal Court, name the district; if State Court, name the county)
**N/A**

3. Docket number **N/A**

4. Name of judge to whom case was assigned **N/A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
**N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. Place of present confinement **Limestone Corr. Facility**

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No **XX** )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No ( )

C. If your answer is YES:

1. What steps did you take? **N/A**

2. What was the result? **N/A**

D. If your answer is NO, explain why not: **N/A**

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) **RODERICK GASTON**

Address **28779 Nick Davis Road**

**Harvest, Alabama   35749**

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant **DUSTIN T. WARD**

Is employed as **A CORRECTIONS OFFICER**

at **Limestone Corr. Facility**

C. Additional Defendants **open and to be addressed upon discovery**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

**On March 12, 2021, Officer Dustin T. Ward was assigned to B-side yard ROVER. At 7:12 pm, Officer Ward approached L-Dorm front door. Officer Dustin T. Ward gave Plaintiff Gaston a direct order to lockdown. Inmate Gaston said fuck you, you arent about anything. At that time, Officer Ward took off his spray and radio, and told an assisting Officer Chandler to hold them. Officer Ward then struck**

Inmate Gaston in the face with a closed fist. Officer Ward then took Inmate Gaston to the concrete, and wrestled with Gaston. This assault by Officer Ward caused bruises, scrapes, and lacerations to Plaintiff Gaston's face and body, with significant pain, and suffering caused by Officer Ward's assault.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I invoke the right to trial by jury, and to let the jury determine that amount of monetary award after the hearing the facts, and or otherwise settlement by agreement before, or during trial Gaston forever prays.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/19/2021

Frederick Gaston
SIGNATURE

ADDRESS 28779 Nick Davis Road
Harvest, Al 35749

AIS # 268262

5

# APPENDIX 1

Alabama Department of Corrections

# DISCIPLINARY REPORT
### 403A Warden Decision

**Incident Report Number:** LCF-21-00393                                              **C48-1B**

1. **Inmate:** GASTON, RODERICK      **Custody:** MIN-IN      **AIS:** 00268262A
2. **Institution:** LIMESTONE CORRECTIONAL CENTER             **Disc #:** LCF-21-00393-1
3. **The above inmate is being charged by:** WARD, DUSTIN T

   **with a violation of the following Rule(s):**

   925 - Failure to obey a direct order of an ADOC Employee

   **From Administrative Regulation #403, which occured on or about:**

   Mar 12 2021  7:12PM at B-side yard in front of Housing Unit-L

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On March 12, 2021, You inmate Roderick Gaston B/268262, did refuse to comply with a direct order for you to return to your assigned Housing Unit. This places you in direct violation of Administrative Regulation #403, Rule Violation #925-Failure to obey a direct order of an ADOC Employee.

   | 03/12/2021 | WARD, DUSTIN T / Officer |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 13th day of March, 2021, at (time) 23:53:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | GEORGE, STACY L | Inmate Refused to Sign |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**   **NO:** Inmate Refused to Sign         **YES:** _____
                              Inmate's Signature                     Inmate's Signature

7. **If yes, list:** N/A

8. **Hearing Date:** March 24, 2021      **Time:** 01:09:00      **Place:** Housing Unit C
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    HOWELL, STEVEN C
    Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

    HOWELL, STEVEN C
    Hearing Officer Name / Title

12. **Plea:**         GASTON, RODERICK / 00268262A                **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

    On March 12, 2021, Officer Dustin Ward was assigned B-side Rover. At approximately 7:12 p m, Officer Ward was securing B-side yard. Officer Ward approached L-Dorm front door. Officer Ward gave inmate Roderick Gaston, B/268262, a direct order to lock down. Inmate Gaston refused and said fuck you, you aren't about anything. At that time Officer Ward took his spray and Radio off, told Officer John Chandler to "hold this". Officer Ward then threw a single closed fist strike at Inmate Gaston's facial area. Officer Ward then grabbed Inmate Gaston and started wrestling with him. Officer Chandler called a "Code Blue" via radio then broke the altercation up and placed Inmate Gaston in handcuffs to the rear (double locked.)

14. **Inmate's testimony:**

    Not guilty, officer admitted fault.

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION LCF-21-00393-1**
403A Warden Decision

HOWELL, STEVEN C
Hearing Officer Name / Title

**16. The following witnesses were not called:**
N/A

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
The hearing Officer finds that:
The HO finds that inmate Gaston is not guilty of the charge.

**18. Basis for finding of fact:**
The Hearing Officer's findings are based on inmate Gaston's statement and the AO admitting own fault.

**19. Hearing Officer's decision:** [ ] Guilty [X] Not Guilty [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

**Community Based Institutions Only:**

[ ] Loss of Canteen privileges for ___ days        [ ] Draw cut to __ (min $25) for __ days

[ ] Loss of Telephone privileges for ___ days      [ ] Restriction / State Whites for _____ days

[ ] Loss of Visiting privileges for _____ days     [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft                       [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ ] Disciplinary Seg for _____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

HOWELL, STEVEN C
Hearing Officer Name / Title

**21. Warden's Action - Date:** 03/24/2021

**Approved** William Streeter

**Disapproved** _____

**Other (specify)** _____

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 26th day of March, 2021 at (time) 521 p ( am / pm ).

23. B. Gilbert (o) / Serving Officer Name / Title

Roderick Gaston 268262
Inmate's Signature / AIS Number

Run Date: 3/24/2021 7:36:33 PM                                              Page 2 of 3

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION LCF-21-00393-1**

403A Warden Decision

Distribution: Original to Central Records Division

Copy to: I & I (If Federal or State law violated)

Inmate Institutional File

Board of Pardons and Parole

Sentencing Judge (if applicable)