# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RODERICK GASTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00549-MHH-NAD |
| DUSTIN T. WARD, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge has entered a report in which he recommended that the Court deny Mr. Ward's motion for summary judgment on Mr. Gaston's excessive force claim. (Doc. 22). The magistrate judge advised the parties of their right to file specific written objections to the report and recommendation. (Doc. 22, pp. 16-17). To date, the Court has not received objections from either party.

Having reviewed the materials in the Court's electronic docket for this case, the Court adopts the magistrate judge's report and accepts his recommendation. Accordingly, the Court denies Mr. Ward's motion for summary judgment (Doc. 14) on Mr. Gaston's excessive force claim. The Court returns this case to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this August 15, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE