# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RODERICK GASTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00549-NAD |
| DUSTIN T. WARD, | ) |
| Defendant | ) |

## VERDICT FORM

**We, the jury, find unanimously** *[CHECK ONE]*:

\_\_\_\_\_ for Plaintiff Gaston and against Defendant Ward.

*[OR]*

__X__ for Defendant Ward and against Plaintiff Gaston.

*You, the jury, must answer the Special Interrogatories according to the instructions that follow (second and third pages).*

*If you answer "Yes" to both question number 1 **and** question number 2, you must find <u>for Plaintiff Gaston and against Defendant Ward</u> (and consider damages, according to the Special Interrogatories and instructions that follow).*

*If you answer "No" to either question number 1 **or** question number 2, you must find <u>for Defendant Ward and against Plaintiff Gaston</u> (and no damages will be awarded).*

# SPECIAL INTERROGATORIES

**Do you find from a preponderance of the evidence:**

1. That Mr. Gaston has proved that Mr. Ward intentionally violated Mr. Gaston's constitutional right to be free from the use of excessive force while incarcerated?

    Answer Yes or No ___*NO*___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. Gaston has proved that Mr. Ward's conduct caused Mr. Gaston physical injury?

    Answer Yes or No _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date this verdict form. If your answer is "Yes," go to the next question.

3. That Mr. Gaston has proved that he suffered more than a minimal physical injury and that compensatory damages should be awarded to Mr. Gaston?

    Answer Yes or No _____

If your answer is "No," Mr. Gaston is awarded nominal damages in the amount of $1.00, and you must write $0 in the next blank (regarding compensatory damages), and go to question number 4 (regarding punitive damages).

If your answer is "Yes,"
in what amount do you award compensatory damages to Mr. Gaston? $_____

Go to the next question.

4. That Mr. Gaston has proved that Mr. Ward acted with malice or reckless indifference to Mr. Gaston's federally protected rights and that punitive damages should be assessed against Mr. Ward?

   Answer Yes or No _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date this verdict form.

If your answer is "Yes,"
in what amount do you assess punitive damages against Mr. Ward? $_____

This ends your deliberations, and your foreperson should sign and date this verdict form.

\*   \*   \*

*After answering these Special Interrogatories according to the instructions above, **and** completing the Verdict Form (first page), your foreperson should sign and date here.*

Jury Foreperson *April*

___*March 12, 2023*___
Date